UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

E'JAI BEY,

    Plaintiff,

    v.                                            Civil Action No. 21-11005-ADB

ATTLEBORO POLICE OFFICER BADGE
#43, et al.,

    Defendants.

## ORDER

BURROUGHS, D.J.

    *Pro* se litigant E'Jai Bey filed a civil complaint with an application to proceed without prepaying the filing fee (also referred to as a motion for leave to proceed *in forma pauperis*).

    On September 21, 2021, the Court issued an order denying the motion to proceed *in forma pauperis* without prejudice. The Court ordered that Bey pay the $402 filing fee or file a renewed motion for leave to proceed *in forma pauperis*. [ECF No. 4]. In this order, the Court also warned him that failure to comply with the order within twenty-one days could result in dismissal of the action.

    The deadline for complying with the Court's September 21, 2021 order has passed without any response from Bey. Accordingly, the Court orders that this action be <u>DISMISSED</u> without prejudice for failure to pay the filing fee.

    IT IS SO ORDERED.

  <u>10/18/2021</u>                              <u>/s/ Allison D. Burroughs</u>
DATE                                   UNITED STATES DISTRICT JUDGE